FILED

APR 0 8 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | **4:26-cr-00163-SEP/JSD** |
| DILLON SWEARINGIN, | ) | |
| Defendant. | ) | |

### MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Nino Przulj, Assistant United States Attorney for said District, and moves this Court to order the Defendant detained pending trial, and further requests that a detention hearing be held three days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

In further support, the United States of America states:

1. The Defendant is charged with possession with intent to distribute fentanyl in violation of 21 U.S.C. 841(a), a drug crime carrying a maximum term of 20 years' imprisonment and felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1), a gun crime carrying a maximum of 15 years' imprisonment.

2. On December 15, 2024, St. Louis Metropolitan pulled over the Defendant and his codefendant, Tyler Copiano, in north City after observing traffic violations. The duo had just left the College Hill neighborhood, an area known for drug activity, and had been believed to have participated in drug sales. Neither of the men lived in the metropolitan St. Louis area at the time.

Although Defendant, the driver, was cooperative, his codefendant, the passenger, gave police a false name and date of birth, appeared nervous, and dropped a capsule of heroin on the floorboard in plain view. Police detained the men, found two more capsules of heroin near the passenger seat.

3.      Inside of the trunk of the car, officers found approximately six pounds of vacuum sealed marijuana and a tool bag. Inside of the tool bag was a silver and black Taurus G2 firearm with a baggie of fentanyl capsules next to it. The tool bag also contained a set of sockets with DILLON stamped on them and $4,765 (233 $20s, 9 $10s, and 3 $5s, all seized), consistent with drug dealing.

4.      Before putting his codefendant in the transport van, police searched Mr. Copiano and found a baggie of pills hidden in his underwear. Police noticed that the pills found in Mr. Copiano's underwear matched the fentanyl pills found in the back of the trunk in color and packaging.

5.      When mirandized, the Defendant stated "I carry the firearm in St. Louis for protection and I sell drugs to support my kid." He also told police he had almost $5,000 in cash.

6.      The gun lab revealed the Taurus functions and is made out of state. The drug lab revealed the duo possessed over 110 pills of fentanyl, weighing approx. 10.25 grams, 3 pills of heroin, weight approximately .26 grams, and 2.5 kilograms of marijuana.

7.      At the time of this offense, the Defendant was a convicted felon and was on probation. He has since had his probation revoked and is currently in state custody at the Moberly Correctional Center.

8.      The Defendant has a prior conviction for distribution of drugs (*see* 16CF-CR172-02). Between 2018 and present, the Defendant received several felony convictions for possession of a controlled substance (4x), unlawful possession of a firearm, and burglary.

9. The Defendant's characteristics and criminal history, the weight of the evidence, and the nature and circumstances of the offense charged reflect that there is a serious danger to the community that would be posed by the Defendant's release. Further, given the Defendant's history of revocations and his continued criminal behavior, there are no conditions or combination of conditions that will reasonably assure the Defendant's appearance as required.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Nino Przulj*
NINO PRZULJ, #68334MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200